Case 4:22-cr-00168-KGB   Document 3   Filed 06/08/22   Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 08 2022
TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00168 KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| JEREMIAH S. NUNISS | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about December 5, 2021, the defendant,

JEREMIAH S. NUNISS,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Forgery in the First Degree, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR16-119; and

2. Residential Burglary and Theft of Property, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-20-416.

B.  On or about December 5, 2021, in the Eastern District of Arkansas, the defendant,

JEREMIAH S. NUNISS,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock GmbH., semi-automatic pistol, model 19, 9mm caliber, bearing serial number BREY691, in violation of Title 18, United States Code, Section 922(g)(1).

1

3

2

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, JEREMIAH S. NUNISS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]