IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              Case No. 4:22-cr-00168 KGB

JEREMIAH S. NUNISS                                                                          DEFENDANT

## ORDER

Pending is defendant Jeremiah S. Nuniss's motion for continuance of his August 29, 2022, trial date (Dkt. No. 15).  The motion states that the government does not object to the motion.

The Court has fully considered the motion and finds that the interest of justice served by granting the continuance outweighs the best interest of the public and the defendant for a speedy trial in that the issues herein are such that to deny the motion would deny counsel for the defendant the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred on the defendant's behalf.

It is therefore ordered that Mr. Nuniss's motion for continuance of his August 29, 2022, trial date is hereby granted (Dkt. No. 15).  Therefore, this matter is rescheduled for jury trial to begin at **9:30 a.m. the week of Monday, May 1, 2023,** in Little Rock, Arkansas.  Counsel are to be present 30 minutes prior to trial.

Counsel for the parties shall file a joint report with the Court on or before **March 31, 2023**, which is approximately 30 days prior to trial, answering the following questions:

1. Is this case ready for trial or a plea?

2. If trial-ready, how many trial days do counsel anticipate they will need?

3. If a party intends to seek a continuance of the current trial setting, how long a delay will be requested and why?

Counsel for the parties shall file with the Court on or before *April 10, 2023*, which is 21 days prior to trial, any pre-trial motions.  A response to any motion is due seven calendar days after the motion is filed.

Counsel for the parties shall submit jury instructions electronically to the Court at kgbchambers@ared.uscourts.gov on or before *April 17, 2023*, which is 14 days prior to trial.

To the extent any deadlines set forth in this Order conflict with the Court's previously entered Pretrial Discovery Order For Criminal Cases, the deadlines set forth in this Order control.

It is further ordered that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, specifically 18 U.S.C. § 3161(h)(7)(A) as to the defendant.

Dated this 4th day of August 2022.

_____
Kristine G. Baker
United States District Judge