IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CASE NO. 4:22CR-000168KGB-1 |
| | ) | |
| Jeremiah Nuniss | ) | |

## NOTICE OF WAIVER OF RIGHTS UNDER THE INTERSTATE AGREEMENT ON DETAINERS ACT AND REQUEST FOR RETURN TO JURISDICTION OF ORIGINAL CUSTODY

Comes now, Jeremiah Nuniss, by and through counsel, William O. "Bill" James, Jr., and hereby files this Notice of Waiver of Rights under the Interstate Agreement on Detainers Act (IADA), 18 U.S.C. App § 2.

The defendant in the above-captioned case has been advised that pursuant to this federal prosecution, a detainer will be filed against him/her when the defendant is returned to the jurisdiction with original custody. Once a detainer is filed and the defendant is thereafter transported to federal court, then the defendant has the right under the Interstate Agreement on Detainers Act (IADA), 18 U.S.C. App. § 2 Art. IV(e), to remain in federal custody until final disposition of the charges against him/her. Having been informed of this right, the defendant hereby expressly waives such right under the IADA, specifically, the right to remain in temporary federal custody pending the final disposition of the above captioned case. The defendant has also been advised of his/her right under 18 U.S.C. App. § 2 Art. III(a) and IV(c) of the IADA to have his/her case brought to trial within certain time frames. Having been informed of these time frames, the defendant hereby expressly waives having his/her case brought to trial within the time frames provided by the IADA and respectfully requests that his/her case instead be governed exclusively by the Speedy Trial Act of 1974, Title 18 U.S.C. § 3161.

Furthermore, the parties respectfully request that the Court order the United States Marshal to return the defendant to the jurisdiction with original custody and to lodge a detainer against the defendant upon the defendant's return to the jurisdiction with original custody.

Respectfully Submitted,

_____  August 10, 2022
DEFENDANT                         DATE

_____  August 10, 2022
ATTORNEY FOR DEFENDANT            DATE

_____  Aug. 12, 2022
ASSISTANT UNITED STATES ATTORNEY  DATE