# MEMORANDUM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 27 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| DATE: | 1/24/2023 |
| TO: | Criminal Docket Clerk |
| FROM: | Carrie Young<br>U.S. Marshals Service |

**1/4/2023**
(Date)   Deft. taken into U.S. Marshal Service custody on a detainer

_____
(Date)   Deft. taken into U.S. Marshal Service custody on a Warrant of Removal from.

_____
(Date)   Deft. taken into U.S. Marshal Service custody on a Return Psychiatric Study.

_____
(Date)   Deft. to custody of AR Department of Corrections

_____
(Date)   Deft. returned to custody of _____
                                          (Another District)

CASE NO.: **4:22-CR-168 KGB**
DEFENDANT'S NAME:   **Jeremiah Nuniss #12256-510**